Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Michelle Suzanne Amaya

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHELLE SUZANNE AMAYA, | Case No.: 8:16-cv-00122-AFM |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 5/12/2016

_____
ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE

-1-

| | | |
|---|---|---|
| 1 | DATE: May 9, 2016 | Respectfully submitted, |
| 2 | | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 3 | | /s/ *Brian C. Shapiro*<br>BY: _____ |
| 4 | | Brian C. Shapiro<br>Attorney for plaintiff Michelle Suzanne Amaya |

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 8:16-CV-00122-AFM

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 12, 2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Brian C. Shapiro*

_____
Brian C. Shapiro
Attorneys for Plaintiff
_____